

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

Mimi K. Rupp
Direct 212.908.6202
mrupp@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

April 24, 2008

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not fax such verification to chambers.

VIA FACSIMILE TO: (212) 805-7900

Honorable Kimba M. Wood
Chief U.S. District Judge
United States District Judge
 for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1610
New York, NY 10007



**MEMO ENDORSED**

Re: *Roochi Traders Incorporated v. Tip Top Tees Inc. et al.*
Civil Action No. 08-CV-3544 (WHP/KMW)

Dear Judge Wood:

We represent Plaintiff Roochi Traders Incorporated ("Roochi") in the above referenced action. As per our telephone conversation with Chambers earlier today, Plaintiff respectfully requests that your Honor's April 11, 2008, as amended on April 14, 2008, Protective Order Permitting Plaintiff To File Documents Under Seal pursuant to 15 U.S.C. § 1116 shall be ordered expired and the Clerk shall remove the seal.   } granted KMW

Pursuant to 15 U.S.C. § 1116(d)(8), "[a]n order under this subsection, together with the supporting documents, shall be sealed until the [Defendants have] an opportunity to contest such order, except that any person against whom such order is issued shall have access to such order and supporting documents after the seizure has been carried out."

On April 17, 2008, Defendants Tip Top Tees, Inc., Glamour Line Inc., Alpha Merchandising Corp., and Haryash Paul were served with the April 11, 2008 Order, as amended on April 14, 2008, (the "Order") while Plaintiff's counsel and investigators, along with New York City police officers, executed the Seizure Order. *See* Declaration of Mimi K. Rupp (without exhibits) attached hereto as Exhibit A.

As the Order provided Defendants with an opportunity to contest the Order: "Defendants may move to dissolve or modify the Temporary Restraining Order prior to the April 25, 2008 . . ." (Order, p. 12), the conditions set forth in Section 1116(d)(8) were satisfied and it follows that the Clerk shall be directed to remove the seal.

Honorable Kimba M. Wood
April 24, 2008
Page 2 of 2



Very truly yours,

Mimi K. Rupp

Enclosure

cc: James Montgomery, Esq.
    Attorney for Defendants
    Tip Top Tees, Inc., Glamour Line Inc.,
    Alpha Merchandising Corp., and Haryash Paul
    Rose Deal, Inc. (w/o encl.)
    Mohammed Rahman (w/o encl.)
    Mohammed Faroque (w/o encl.)
    Michelle Mancino Marsh, Esq. (w/o encl.)

SO ORDERED:
4-24-08

Judge Kimba M. Wood
United States District Judge

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROOCHI TRADERS INCORPORATED,

*Plaintiff*,

-against-

TIP TOP TEES INC., GLAMOUR LINE INC., GLAMOUR (USA), INC., ALPHA MERCHANDISING CORP., ROSE DEAL, INC., HARYASH PAUL, MOHAMMED RAHMAN, MOHAMMED FAROQUE, JOHN DOES 1-10, JANE DOES 1-10, and XYZ COMPANIES 1-10,

*Defendants*.

CIVIL ACTION NO. 08-cv-3544
(WHP/KMW)

## DECLARATION OF MIMI K. RUPP

I, Mimi K. Rupp, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York. I am an associate of the law firm of Kenyon & Kenyon LLP and counsel to Roochi Traders Incorporated ("Roochi" or "Plaintiff").

2. I submit this declaration pursuant to Your Honor's April 11, 2008 Order, as amended on April 14, 2008, (the "Seizure Order").

3. The facts stated herein are based on my personal knowledge or information conveyed to me by others that I believe to be true. If called to testify regarding the same, I could do so competently.

4. On April 17, 2008, Plaintiff's counsel and investigators, along with New York City and East Rutherford police officers, executed the Seizure Order at the following locations:

450 Murray Hill Parkway, East Rutherford, New Jersey 07073

1220 Broadway, New York, New York 10001

10 West 28th Street, New York, New York 10001

5. On April 17, 2008, Plaintiff's counsel and investigators, along with a New York City police officer, entered Tip Top Tees, Inc.'s location at 10 West 28th Street. The investigator gave the owner, identified as Haryash Paul, the Seizure Order, explaining that we believed that he was selling counterfeit COTTON HERITAGE t-shirts and were authorized by the Seizure Order to search the premises for such goods and any records related thereto.

6. Although Mr. Paul stated to the investigator and others present that he did not have any COTTON HERITAGE t-shirts, Plaintiff's counsel and the investigators located sixteen (16) boxes of counterfeit COTTON HERITAGE t-shirts, in boxes displaying "ROSE DEAL COTTON-TEE U.S.A.," totaling 90 dozen t-shirts. Mr. Paul stated in the presence of Plaintiff's counsel, the investigators and the police officer that he bought the shirts from Plaintiff, showing a receipt from Plaintiff dated 2006. Mr. Paul later changed his story, stating that he purchased the counterfeit COTTON HERITAGE t-shirts from Defendant Rose Deal, Inc. after Plaintiff allegedly rejected such shirts. Plaintiff's counsel and investigators seized these counterfeit goods which are currently stored at 123 Grove Street, Tarrytown, New York 10591.

7. While at Tip Top Tees' 10 West 28th Street location, Plaintiff's counsel located and its investigators seized the following items (the entry number corresponds to the number entered on the evidence receipt signed by Mr. Paul). A true and correct copy of the evidence receipt for items seized at 10 West 28th Street is attached hereto as Exhibit A.

2

*Entry 1: Financial Data*

- Chase Paymentech Business Card account information
- Chase accounts for Ravinder K. Chopra

*Entry 2: Lease*

- Yaali Leather lease at Roosevelt Field Mall, Garden City, NY
- Lease for 1220 Broadway location (2003-2004)

*Entries 3, 6: Purchase Orders, Shipping Orders*

- Notebooks
    - Glamour Lines Balance Sheets
    - Glamour Lines Orders
    - Tip Top Tees Receipt Book
- Spindle of Receipts
- Expenses/Payables (AMC, BMC Sports, Tip Top Tees, Glamour Line)
- New Gold Trucking Account
- Jitanu Services Inc. Statements

*Entries 4, 5: Bank Book, Check Book*

- Four deposit record books for Glamour Line, Inc. (Chase Acct. ending in 7977)
- Four deposit record books for Tip Top Tees, Inc. (Chase Acct. ending in 2215)
- Savings account book for Chase Acct. ending in 7061
- Check book for Glamour Line, Inc. (Chase Acct. ending in 7977, Checks 1004-1150)

*Entries 7, 9: Ledgers, All Data Pertinent to Business*

- Company Records
    - BMC Sportswear, Inc. v. AMC and Paul Haryash action in Civil Court of the City of New York, County of New York: L&L Commercial Part Affidavit of Abrar Hussain (includes lease from BMC)

3

- Glamour v. Verson documents
- Alpha Merchandising Filing Receipt (Address for Process to Rajeev Kaul)
- Bylaws, Stock Transfer Ledger, Articles of Incorporation

*Entries 8: Phone Bills*

- Verizon, ConEd, United Protective Alarm Systems bills

9. All the above-referenced records seized at the 10 West 28th Street are organized into Redweld folders placed in banker's boxes stored in the undersigned's office located at One Broadway, New York, New York 10004. Plaintiff's counsel is scheduled to return all items set forth in Paragraph 8 to counsel for Defendant Tip Top Tees, Inc., Alpha Merchandising Corp., Haryash Paul, and Glamour Line, Inc. today.

10. On April 17, 2008, Plaintiff's counsel and investigators were granted consent, by an male identified as Daljit Singh, to enter the office at Glamour (USA) Inc. at 1220 Broadway, Room 407. Upon searching the boxes of clothing in Room 407, Plaintiff's counsel and investigators did not find any counterfeit COTTON HERITAGE t-shirts. Accordingly, neither Plaintiff's counsel nor investigators removed any items whatsoever from Room 407. Upon further investigation, Plaintiff's investigators determined that despite the similar name and immediate proximity to Defendant Glamour Line Inc.'s offices, which are literally around the corner, Defendant Glamour (USA), Inc. is not connected to Mr. Paul as originally believed by Plaintiff's investigators. Soon thereafter, Plaintiff filed a Notice of Dismissal, dismissing Defendant Glamour (USA), Inc. from this action. A true and correct copy of the April 23, 2008 Notice of Dismissal is attached hereto as Exhibit B.

11. On April 17, 2008, Plaintiff's counsel and investigators were also granted consent by Mr. Paul to enter his office at 1220 Broadway, Room 408. While in Room 408, Plaintiff's counsel and investigators searched the premises for counterfeit COTTON HERITAGE t-shirts

4

and records related thereto. While in Room 408, Plaintiff's counsel and investigators seized the following items (the entry number corresponds to the number entered on the evidence receipt signed by Mr. Paul). A true and correct copy of the evidence receipt for items seized at 1220 Broadway, Room 408 is attached hereto as Exhibit C.

*Entry 1: Financial Data*
- Notice of Acceptance as an S-Corporation (1/4/04)
- Glamour Line, Inc. Income tax preparation (9/1/99-8/31/00)
- Glamour Line, Inc. Income tax preparation (9/1/00-8/31/01)
- Glamour Line, Inc. Income tax preparation (9/1/02-8/31/03)
- Glamour Line, Inc. Income tax preparation (9/1/03-12/31/03)
- Glamour Line, Inc. Income tax preparation (2005)
- Glamour Line, Inc. Income tax preparation (2006)
- Notices of Tax Due; Notices and Demands for Payment Due; Notice of Tax Warrant Judgment; Notice of Judgment Debtor; Notices of Collection Proceedings; Satisfaction of Judgment; Warrant
- IRS Installment Agreement
- Wire transfer information for Alpha Merchandising to Knittex Apparel

*Entry 2: Lease Agreement*
- Security Surveillance System – SAFE Leasing for BMC
- Insurance Policy – Cornerstone Insurance (for BMC through Mr. Abrar; for AMC through Abrar)

*Entries 3, 6: Purchase Orders, Shipping Orders*
- Tip Top Tees Order Forms/Invoices
- Glamour Line Sales Invoices
- Company Expense Receipts
    - For AMC, BMC Sportswear, Abrar/Bobby, Suneco (attn: Mr. Aftab)

5

- FedEx account information under Visa account (ending in 4944) (Abdul Quddoos, AMC)

*Entries 4, 5: Bank Book, Check Book*
- Check book for Alpha Merchandising Corp. (Chase Acct. ending in 3118, Checks 1001-1150)

    - Stubs for Checks 500-550

- Savings account book for Alpha Merchandising Corp. (Chase Acct. ending in 8664)

- Statement activity for Chase "Business Classic (ending in 6449)" for 3/14/2008-3/21/2008

- Financial Transaction Confirmation – funds transfer from Bus Classic Ckg 2215 to Bus Classic Ckg 6449

*Entry 8: Phone Bills*

Alpha Merchandising Corp. Verizon Firm Rate Plus plan (866.778.2574; 212.684.2180)

12. All the above-referenced records seized at the 1220 Broadway location are organized into Redweld folders placed in banker's boxes stored in the undersigned's office located at One Broadway, New York, New York 10004. Plaintiff's counsel is scheduled to return all items set forth in Paragraph 11 to counsel for Defendant Tip Top Tees, Inc., Alpha Merchandising Corp., Haryash Paul, and Glamour Line, Inc. today. Plaintiff's investigator, Trademark Associates of NY, Ltd., located at 61 Broadway, 18th Floor, currently has Defendant's personal computer. Plaintiff's investigator has informed counsel that the hard drive is encrypted and is, therefore, more difficult to copy the files therein. Nonetheless, Plaintiff's investigator is working as quickly as possible to access the encrypted files and copy such files so that the computer can be returned to Mr. Paul as soon as possible.

13. On April 17, 2008, Plaintiff's counsel and investigators, along with East Rutherford police officers, entered Jitanu Services Inc.'s warehouse at 450 Murray Hill Parkway, East Rutherford, New Jersey 07073. Plaintiff's investigator gave the warehouse manager,

6

identified as Puru Sadananda, the Seizure Order, explaining that we believed that his customers might be storing counterfeit COTTON HERITAGE t-shirts and therefore were authorized to search the premises for such goods and any records related thereto.

14. While in the warehouse at 450 Murray Hill Parkway, Plaintiff's counsel and investigators searched the premises for counterfeit COTTON HERITAGE t-shirts and records related thereto. While in the warehouse, the East Rutherford police seized the following records: Shipping Details Documents for Glamour Line, Inc. from 6/26/2006 – 3/25/2008. Since Mr. Sadananda would only release the documents upon receipt of a subpoena, the East Rutherford police obtained the documents in a sealed envelope. The East Rutherford police gave Plaintiff's counsel an evidence receipt for such documents. A true and correct copy of the evidence receipt is attached hereto as Exhibit D.

15. Plaintiff's counsel did not open the sealed envelope until the subpoena was served upon Jitanu Services Inc. on April 18, 2008. All the above-referenced records seized at the 450 Murray Hill Parkway location are organized in an envelope stored in the undersigned's office located at One Broadway, New York, New York 10004. Plaintiff's counsel intends to send such original documents back to Jitanu Services Inc. today via overnight courier.

16. Plaintiff has put forth its reasonable best efforts in maintaining the original quality of any and all items seized. Although pursuant to the Seizure Order Plaintiff has until May 1, 2008 to return the seized items, Plaintiff intends to return all of the seized items before this deadline.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on this 24th day of April.

_____
Mimi K. Rupp

8