AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ROOCHI TRADERS INCORPORATED,

        Plaintiff,

V.

TIP TOP TEES INC., GLAMOUR LINE INC., GLAMOUR (USA), INC., ALPHA MERCHANDISING CORP., ROSE DEAL, INC., HARYASH PAUL, MOHAMMED RAHMAN, MOHAMMED FAROQUE, JOHN DOES 1-10, JANE DOES 1-10, and XYZ COMPANIES 1-10,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 3544

TO: (Name and address of defendant)

    Haryash Paul
    10 West 28th Street, 2nd Floor
    New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Mimi Rupp
    Kenyon & Kenyon LLP
    One Broadway
    New York, NY 10004

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE APR 11 2008

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                              Signature of Server

                                                             _____
                                                             Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

Roochi Traders Incorporated,

                                      Plaintiff(s)      Civil Action No. 08 CV 3544

-against-

Tip Top Tees, Inc., Glamour Line, Inc., Glamour (USA), Inc., Alpha Merchandising Corp., Rose Deal, Inc., Haryash Paul, Mohammed Rahman, Mohammed Faroque, John Does 1-10, Jane Does 1-10, and XYZ Companies 1-10

                                      Defendant(s)
-------------------------------------------------------------------------X

STATE OF NEW YORK: COUNTY OF NEW YORK: ss:

**AFFIDAVIT OF SERVICE**

Stephen Ward is being duly sworn deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in New York County, New York.

That on April, 17 2008 deponent served the Summons and Complaint and Undertaking on Temporary Injunction on the parties listed below by service of an individual of suitable age and discretion authorized to accept service

To:
    Haryash Paul
    10 West 28th Street
    New York, New York 10001

Sex: M
Height: 5'5-5'9
Weight: 140-190 lbs
Hair: Black
Skin: Brown
Age: 49-55
Time: 11:05
Name: Haryash Paul

At the time of service deponent asked whether the deponent is in active military service for the United States or any State in any capacity whatsoever or dependant upon such person and received a negative reply.

Sworn to before me this
17th DAY OF April       2008

NOTARY PUBLIC

WENDY A. JANTZ
Notary Public, State of New York
No. 4958412
Qualified in Richmond County
Commission Expires January 23, 20 11