

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

Mimi K. Rupp
Direct 212.908.6202
mrupp@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

April 23, 2008

VIA FACSIMILE TO: (212) 805-7900

## MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. **Do not Fax such verification to chambers.**

Honorable Kimba M. Wood
Chief U.S. District Judge
United States District Judge
 for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1610
New York, NY 10007

   Re: *Roochi Traders Incorporated v. Tip Top Tees Inc. et al.*
     Civil Action No. 08-CV-3544 (WHP/KMW)

Dear Judge Wood:

  We represent Plaintiff Roochi Traders Incorporated ("Roochi") in the above referenced action. As per our telephone conversation with Chambers earlier today, Plaintiff's counsel, and James Montgomery, Esq., counsel for Defendants Tip Top Tees, Inc., Glamour Line Inc., Alpha Merchandising Corp., and Haryash Paul have stipulated and agreed that:

  1. Plaintiff's Order to Show Cause, returnable on the 25th day of April 2008 at 11:00 a.m. in Courtroom 15B in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, is hereby adjourned until the ~~2nd~~ 1st day of May 2008 at 3:30 a.m./(p.m.) in Courtroom 15B in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007.

  2. Defendants' answering papers shall be filed with the Clerk of this Court and served upon Plaintiff's counsel before 5:00 p.m. by hand on April ~~28~~ 2008, and any reply shall be filed and served before 12:00 p.m. on ~~May 1,~~ April 30 2008.

  3. The April 11, 2008 Temporary Restraining Order, as amended on April 14, 2008, shall remain in effect until the new date for hearing on the Order to Show Cause as set forth above.

Honorable Kimba M. Wood
April 23, 2008
Page 2 of 2



Very truly yours,

Mimi K. Rupp

cc: James Montgomery, Esq.
Attorney for Defendants
Tip Top Tees, Inc., Glamour Line Inc.,
Alpha Merchandising Corp., and Haryash Paul
Rose Deal, Inc.
Mohammed Rahman
Mohammed Faroque
Glamour (USA), Inc.
Michelle Mancino Marsh, Esq.

SO ORDERED:

4-24-08

Judge Kimba M. Wood
United States District Judge