UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROOCHI TRADERS INCORPORATED,	**NOTICE OF APPEARANCE**
                        Plaintiff,

                               Index No.: 08 CV 3544

    - against -

TIP TOP TEES INC., GLAMOUR LINE INC.,
GLAMOUR (USA), INC., ALPHA
MERCHANDISING CORP., ROSE DEAL, INC.,
HARYASH PAUL, MOHAMMED RAHMAN,
MOHAMMED FAROGUE, JOHN DOES1-10,
JANE DOES 1-10, and XYZ COMPANIES 1-10,
                        Defendants.
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that Defendants TIP TOP TEES INC., ALPHA MERCHANDISING CORP., GLAMOUR LINE INC., and HARYASH PAUL hereby appear by the undersigned, whose address and telephone number are as set forth below.

Dated:  New York, New York
         April 23, 2008

                                      _____s/_____
                                      JAMES MONTGOMERY, ESQ., (JM 0533)
                                      Attorney for Defendants
                                      TIP TOP TEES INC., ALPHA MERCHANDISING
                                      CORP., GLAMOUR LINE INC., & HARYASH
                                      PAUL,
                                      267 Fifth Avenue, Suite 601
                                      New York, NY 10016
                                      (212) 889-9828 (tel)
                                      (212) 889-9818 (fax)