UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROOCHI TRADERS INCORPORATED,   **DEFENDANTS' CORPORATE**
                      Plaintiff,   **DISCLOSURE STATEMENT**

  - against -   Index No.: 08 CV 3544

TIP TOP TEES INC., GLAMOUR LINE INC.,
GLAMOUR (USA), INC., ALPHA
MERCHANDISING CORP., ROSE DEAL, INC.,
HARYASH PAUL, MOHAMMED RAHMAN,
MOHAMMED FAROGUE, JOHN DOES1-10,
JANE DOES 1-10, and XYZ COMPANIES 1-10,
                      Defendants.
------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendants TIP TOP TEES INC., GLAMOUR LINE INC., ALPHA MERCHANDISING CORP., and HARYASH PAUL, states that TIP TOP TEES INC., GLAMOUR LINE INC., and ALPHA MERCHANDISING CORP., are not publicly traded or owned by any other publicly owned entity

Dated:  New York, New York
       April 29, 2008

                                              _____s/_____
                                              JAMES MONTGOMERY, ESQ., (JM 0533)
                                              Attorney for Defendants
                                              TIP TOP TEES INC., ALPHA MERCHANDISING
                                              CORP., GLAMOUR LINE INC., & HARYASH
                                              PAUL,
                                              267 Fifth Avenue, Suite 601
                                              New York, NY 10016
                                              (212) 889-9828 (tel)
                                              (212) 889-9818 (fax)