UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROOCHI TRADERS INCORPORATED,　　　　　　**DECLARATION OF JAMES**
　　　　　　　　　　　Plaintiff,　　　　　　　　　　　**MONTGOMERY**

　　- against -　　　　　　　　　　　　　　　Civ. Act. No.: 08 CV 3544 (WHP)

TIP TOP TEES INC., GLAMOUR LINE INC.,
GLAMOUR (USA), INC., ALPHA
MERCHANDISING CORP., ROSE DEAL, INC.,
HARYASH PAUL, MOHAMMED RAHMAN,
MOHAMMED FAROGUE, JOHN DOES1-10,
JANE DOES 1-10, and XYZ COMPANIES 1-10,
　　　　　　　　　　　Defendants.
------------------------------------------------------------X

　　　　I, James Montgomery, hereby declare under penalty of perjury as follows:

　　　　1.　　I am an attorney licensed to practice law in the State of New York and before this Court. My office address is 267 Fifth Avenue, Suite 601, New York, New York 10016, telephone 212.889.9828.

　　　　2.　　I am the attorney for Defendants TIP TOP TEES INC., GLAMOUR LINE INC., ALPHA MERCHANDISING CORP., HARYASH PAUL.

　　　　3.　　I submit this declaration in opposition to Plaintiff's Order to Show Cause.

　　　　4.　　The facts stated herein are based on my personal knowledge or facts related to me by others which I believe to be true and if called upon to testify could do so competently.

　　　　5.　　I respectfully ask this Court to vacate the Temporary Restraining Order, to deny the application for a Preliminary Injunction and to order that the $5,000 bond posted by Plaintiff be paid to Haryash Paul.

Dated:　New York, New York
　　　　April 28, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____S/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES MONTGOMERY