AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ROOCHI TRADERS INCORPORATED,

        Plaintiff,

V.

TIP TOP TEES INC., GLAMOUR LINE INC., GLAMOUR (USA), INC., ALPHA MERCHANDISING CORP., ROSE DEAL, INC., HARYASH PAUL, MOHAMMED RAHMAN, MOHAMMED FAROQUE, JOHN DOES 1-10, JANE DOES 1-10, and XYZ COMPANIES 1-10,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 3544

TO: (Name and address of defendant)

Rose Deal, Inc.
3302 Broadway
Astoria, NY 11106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mimi Rupp
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DATE: APR 1 1 2008

CLERK

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                        Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO.
08-CV-3544 (S.D.N.Y)

ROOCHI TRADERS INCORPORATED,        *Plaintiff/Petitioner*        **AFFIDAVIT OF SERVICE**

against

TIP TOP TEES INC. et al.        *Defendant/Respondent*

STATE OF NEW YORK, COUNTY OF QUEENS  ss:

**ROBERT URENA**, the undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the STATE OF NEW YORK
That on APRIL 22nd , 2008 at 2:30 PM, at 50 WEST 34th STREET, ROOM 17C8, NEW YORK, NY 10001
Deponent served the within  --   AMENDED TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER, EXPEDITED DISCOVERY ORDER, and ORDER TO SHOW CAUSE FOR PRELIMINARY INJUCTION ("ORDER") ,of APRIL 14, 2008 and REPRESENTATIVE DOCUMENTS PURSUANT TO SAID ORDER, SUMMONS IN A CIVIL CASE, COMPLAINT, PLAINTIFF CORPORATE DISCLOSURE STATEMENT, DECLARATION OF STEPHEN G. WARD, DECLARATION OF MIMI K. RUPP, DECLARATION OF SAJID ALI, PLAINTIFFS EX-PARTE APPLICAION FOR AN ORDER TO SHOW CAUSE FOR TEMPORARY AMENDED TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER, EXPEDITED DISCOVERY ORDER, and ORDER TO SHOW CAUSE FOR PRELIMINARY INJUCTION, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS EX-PARTE APPLICAION FOR AN ORDER TO SHOW CAUSE FOR TEMPORARY AMENDED TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER, EXPEDITED DISCOVERY ORDER, and ORDER TO SHOW CAUSE FOR PRELIMINARY INJUCTION

☒ Said papers served had endorsed thereon index # and date of filing

On  **ROSE DEAL, INC.**

**Individual** — by delivering a true copy *of each* to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

**Corporation**  [X] — by delivering thereat a true copy of each to **ASHOKY VARSHNEY**.
Said individual stated she/he is a managing/authorized agent of the corporation, thereof, authorized to accept legal process.

**Suitable Age Person** — by delivering there a true copy *of each to*         a person of suitable age and discretion.
Said premises is recipient's  ☐ Home  ☐ Business Address, within the state.
Person spoken to, verified that defendant actually resides/is employed at these premises.

**Affixing To Door** — by affixing a true copy of each to the door of said premises, which is recipient's  ☐ Home  ☐ Business Address
---within the state.  Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there:   Address Confirmed by

**Mailing** — On       , deponent completed service by depositing a true copy of each document to the above address in a 1st Class post paid properly addressed envelope marked **"Personal & Confidential"** in an official depository under the exclusive care and custody of the United States Post Office.
**Certified Mail Number** (If Required):

**Description** [X] — Gender **MALE**  Color of skin **BROWN**  Color of Hair **BLACK**  Facial Hair **YES**  Glasses **NO**
Approximate age **40-50**  Approximate height **5'6-5'9**  Approximate weight **170-180**
Other identifying features:

**Fees** — At the time of said service, deponent paid (tendered) in advance $       , the authorized witness fee and/or traveling expenses to the recipient.

**Military** — In response to my questions said person told me that the Defendant was not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity. From the facts above set forth, I am convinced that the said defendant is not in the military service at the present time.

Sworn to before me on
APRIL 23rd , 2008

JEANETTE RODRIGUEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RO6181572
QUALIFIED IN QUEENS COUNTY
COMMISION EXPIRES 02/04/2012

Notary Public

ROBERT URENA
License Number 1263889