# HUMATNOOR KNITWEAR (PVT) LTD
### Export Garments Unit
PLOT-14, GULSHAN SHOPPING COMPLEX, GULSHAN-1, DHAKA, BANGLADESH
Phone : +88-02-8856056 Fax : +88-02-9899332 E-mail : humatnoor@yahoo.com

## COMMERCIAL INVOICE

| Name Of Exporter / Shipper: HUMATOOR KNITWEAR (PVT.) LTD. 14 SOUTH GULSHAN SHOPPING CENTRE, GULSHAN, DHAKA-1212 | Invoice No: HKL/10/2007 | Date: 31-07-2007 |
|---|---|---|
| | L/C. NO: 070330.IM.3689 | Date: 30-03-2007 |
| | Name Of L/C Issuing Bank : CITY NATIONAL BANK LOS ANGELES, CA | |
| For Account & Risk Of : ROOCHI TRADERS, INC. 6393 E, WASHINGTON BLVD. CITY OF COMMERCE, CA. 90040. USA. | Our Bank : SHAHJALAL ISLAMI BANK LTD. GULSHAN BRANCH, BANGLADESH. | |
| | Country Of Origin : BANGLADESH | |
| Notify party : ROOCHI TRADERS, INC. 6393 E, WASHINGTON BLVD. CITY OF COMMERCE, CA. 90040. USA. | Exp. No. 2965-00184-07 | Date: 31-07-2007 |
| | B/L NO. | Date: |
| | FREIGHT COLLECT | |
| | Terms: FOB, CHITTAGONG PORT | |

| Port Of Loading | Port Of Discharge | Mode Of Shipment | Final Destination |
|---|---|---|---|
| CHITTAGONG | LOS ANGELES, LA. | BY SEA | U.S.A |

| SHIPPING MARKS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| **MAIN MARK** <br> COTTON <br> HERITAGE <br> U.S.A. <br> www.roochi.com <br><br> **SIDE MARK** <br> REF# : 306 <br> STYLE : M10101108R <br> COLOR : WHITE / BLACK <br> QUANTITY : <br> SIZE : <br> CARTON NO: <br> G.W : ........ KGS <br> N.W : ........ KGS | PO NO: 306 <br> STYLE- M1010118R <br> LADIES 100% COTTON <br> LIGHT WEIGHT SINGLE <br> JERSEY WHITE & BLACK <br> BIG SIZE SLEEPWEAR WITH <br> NO ORNAMENTATION <br> HS CODE- 61072100107 <br><br> WHITE <br><br> BLACK | <br><br><br><br><br><br><br><br> 12552 PCS <br><br> 15900 PCS | <br><br><br><br><br><br><br><br> $1.047/PC <br><br> $ 1.18/PC | <br><br><br><br><br><br><br><br> US$ 13141.95 <br><br> US$ 18762.00 |
| | | **28452 PCS** | | **US$ 31903.95** |

SAY: U.S.DOLLAR THIRTY ONE THOUSAND NINE HUNDRED THREE & CENTS NINTY FIVE ONLY.

TOTAL QUANTITY : 28452 PCS
TOTAL CARTON : 396 CTNS
TOTAL N.WT : 9504.00 KGS
TOTAL G.WT : 10296.00 KGS
TOTAL CBM : 42 CBM
CTN MEAS-  2XL- 27"X16"X12"
 3XL- 28"X17"X12"
 4XL- 29"X18"X12"
 5XL- 30"X19"X12"

Photocopy Attested
For Shahjalal Islami Bank Limited
Gulshan Branch, Dhaka

Authorised Signature
Md.Shazzad Jahid Khan
Junior Asstt Vice President
Shahjalal Islami Bank Ltd.
PA. No-148

Humatnoor Knitwear (Pvt)
Managing Dir