# Roochi Traders (NY), Inc.

*dba All American Apparel*

*Importer - Exporter, Wholesale Distributors of Activewear, Sportswear, T-Shirts, Sweats & Denim*

Office: 1201 Broadway, Suite 803, New York, NY 10001
Tel: (212) 779-7555 • Fax: (212) 779-7222 • E-mail: nyinfo@roochi.com
Warehouse: 1000 Main Avenue • Clifton, NJ 07011
Tel: (973) 249-5081 • Fax: (973) 249-5082

## PACKING SLIP NY

ROB99 010021

**SOLD TO:** Oli and Robi

**SHIP TO:**

| DATE SHIPPED | CARTONS | WEIGHT | FREIGHT CHARGES |
|---|---|---|---|
| 1/10/07 | 61 | | |

| SHIPPED VIA | B/L NO. | SALESMAN | TERMS |
|---|---|---|---|
| DW | | | |

DOZENS SHIPPED: 39 8

P.O. NO.:

| MILL | STYLE | ITEM | CLR | SM | MD | LG | XL | 2XL | 3XL | 4XL | 5XL | 6XL | OSFA | TOTAL CASE | PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1045 | | WH | | 80 | 60 | | | | | | | 40 | 18 | 13.50 |
| | 1520 | | BLK | | 18 | 30 | 30 | | | | | | 78 | 3 | 16.50 |
| | 1520 | | WH | | 18 | 30 | 30 | 12 | | | | | 72 | 2 | 16.50 |
| | 1585 | | BLK | | | | 30 | 30 | 36 | 12 | | | 108 | 18 | 30.00 |
| | | | | | | | | 30 | 88 | | | | | | |
| | | | | | | | | | | | | | | | |

**INVOICE #** 308

**VALUE $** 6597.00

*Thank You For Your Order*

**TERMS:**
- All sales final
- All claims must be settled in New York state
- All sales of irregulars and first quality closeouts are final, no returns/refunds allowed
- Finance charge of 2% per month will be charged on all past due invoices
- All claims must be made within 5 days after the receipt of goods

• **PLEASE PAY IMMEDIATELY** •
No merchandise to be returned without prior authorization

**NOTE:** The shipment has been received in good order unless otherwise specified. We will not be responsible for any shortages at a later date, maximum allowed 5 days for any claims. Please sign below.

PLEASE SIGN HERE _____ DATE _____

White: Warehouse - Yellow: Customer - Pink: Accounting - Goldenrod: Master File

