070156

# INVOICE
# ROSE DEAL INC

| TO | TIP TOP TEES | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1220 BROADWAY # 403 | ADDRESS | 40 West 29th Street |
| CITY, STATE, ZIP | NY. NY 10001 | CITY, STATE, ZIP | NY NY 10001 |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|---|---|---|---|---|---|
| 08.10.08 | | COD | | | |

| | QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|---|
| 1 | | Mens Roundneck Shortsleeve White & | | |
| 2 | | Black T-shirt | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | 2X  3X  4X  5X  6X | | |
| 6 | | | | |
| 7 | 1 | White   78 72  90 72  78 72  x = 246 72 @ 14.00/72 | $3444.00 | |
| 8 | | | | |
| 9 | 2 | Black  90 72  90 72  60 72  60 72  30 72 = 330 72 @ 15.00/72 | $4950.00 | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | $8394.00 | |

**IMPORTANT**

PURCHASE ORDER NUMBER MUST APPEAR ON ALL
INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE
TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND_____COPIES OF YOUR INVOICE WITH
ORIGINAL BILL OF LADING.

PURCHASING AGENT

adams
8131

ORIGINAL

*INVOICE*
*ROSE DEAL Inc.*

~~PURCHASE ORDER~~

| TO | TIP TOP TEES | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1220 Broadway #403 | ADDRESS | 40 West 29th Street |
| CITY, STATE, ZIP | N.Y. N.Y. 10001 | CITY, STATE, ZIP | N.Y. N.Y. 10001 |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|---|---|---|---|---|---|
| 03-14-08 | | C.O.D | | | |

| QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|
| 1 | Men's Roundneck Shortcleeve Black | | |
| 2 | T-shirt. | | |
| 3 | Black | | |
| 4 | | | |
| 5 | ① 2XL 3XL 4XL 5XL 6XL | | |
| 6 | 30 cts 30 cts 20 cts 10 cts 10 cts | | |
| 7 Black | 180DZ 180DZ 120DZ 60DZ 60DZ | | |
| 8 | | | |
| 9 Jumbo | | | |
| 10 | TOTAL = 600DZ. @ 15.00 | $9,000.00 | |
| 11 T.Shirt | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | = | $9,000.00 |
| 22 | | | |

**IMPORTANT**

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING

PURCHASING AGENT

adams
8101

ORIGINAL