070159

# INVOICE
# ROSE DEAL INC.

| TO | SHIP TO | | |
|---|---|---|---|
| TIP TOP TEES | | | |
| ADDRESS 1220 Broadway #403 | ADDRESS 40 West 29th Street | | |
| CITY, STATE, ZIP N.Y - N.Y - 10001 | CITY, STATE, ZIP N.Y - N.Y - 10001 | | |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|---|---|---|---|---|---|
| 03-14-08 | | C.O.D | | | |

| QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|
| | Men's Roundneck shortsleeve Black | | |
| | & Navy T-Shirt. | | |
| | (1) Black XL size 40 box @ 50 Pcs/ctns. @ 15.00 | | 2500.00 |
| | 40 ctns x 50 Pcs = 2000 pc = 166.67 dz | | |
| | (2) Navy Large Size 10 ctns @ 100 Pcs/ctn. @ 14.00 | | 1166.62 |
| | (a) | | |
| | 10 ctns x 100 pc = 1000 pc = 83.33 Dz | | |
| | (b) Navy EXL size 12 ctns @ 100 Pcs/ctns. @ 14.00 | | 1400.00 |
| | 12 ctns x 100 pc = 1200 pc = 100 Dz | | |
| | (c) Navy Large box | | |
| | @ 100 pc = 8.33 Doz | | 116.66 |
| | TOTAL | | 5,183.28 |
| | | | 5,183.28 |

**IMPORTANT**
PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.
PURCHASING AGENT

ORIGINAL

adams
8131

070160

INVOICE
ROSE DEAL INC.

~~PURCHASE ORDER~~

| TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| TIP TOP TEES | | | | | |
| ADDRESS 1220, Broadway #402 | ADDRESS 40 West 29th Street | | | | |
| CITY, STATE, ZIP N.Y - N.Y - 10001 | CITY, STATE, ZIP N.Y - N.Y - 10001 | | | | |
| DATE 03-20-08 | DATE REQUIRED | TERMS C.O.D | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |

| QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|
| | Men'S Roundneck short sleeve | | |
| | Black T-shirt. | | |
| | 2xL - 3xL - 4xL - 5xL - 6xL | | |
| Black | 81 ctn 75 ctn 40 ctn 29 ctn 21 ctns. @15.00/doz | | 18090.00 |
| | TOTAL 246 ctn | | |
| | credit 45 ctns, So | + | |
| | I gave the Recover | Extra | |
| | 45 ctn. | $1 dollar | 270.00 |
| | So 201 box make a bill | added | |
| | To Mr paall. 1206 doz. | =270.00 | |
| | | | 18360.00 |

**IMPORTANT**
PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.
PURCHASING AGENT

TOTAL = $18360.00

adams
8131

ORIGINAL