070161

INVOICE
ROSE DEAL INC.

| TO | SHIP TO |
|---|---|
| TIP TOP TEES | |
| ADDRESS 1220 Broadway #408 | ADDRESS 40 West 29th St. |
| CITY, STATE, ZIP | CITY, STATE, ZIP N.Y - N.Y - 10001 |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|---|---|---|---|---|---|
| 02-07-08 | | C.O.D | | | |

| QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|
| 1 | Men's Round neck short sleeves | | |
| 2 | Black T-shirt. | | |
| 3 | | | |
| 4 | | | |
| 5 Black | 2XL  3XL  4XL  5XL  6XL | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 TOTAL | Ctns: 200 Ctns. | | |
| 12 | | $15.00 | 18,000.00 |
| 13 | TOTAL DOZ/ 6DZ Per Ctns. | | |
| 14 | | | |
| 15 | TOTAL DOZ : 1,200 DZ. | | |
| 16 | | | |
| 17-22 | | | 18,000.00 |

**IMPORTANT**
PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND ___ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.
TOTAL Eighteen thousand dollar.
PURCHASING AGENT
Mohamed Farooque

adams
8151

ORIGINAL