UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROOCHI TRADERS INCORPORATED,<br><br>*Plaintiff,*<br><br>-against-<br><br>TIP TOP TEES INC., GLAMOUR LINE INC., GLAMOUR (USA), INC., ALPHA MERCHANDISING CORP., ROSE DEAL, INC., HARYASH PAUL, MOHAMMED RAHMAN, MOHAMMED FAROQUE, JOHN DOES 1-10, JANE DOES 1-10, and XYZ COMPANIES 1-10,<br><br>*Defendants.* | CIVIL ACTION NO.<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff states that Roochi Traders, Inc., is not publicly traded or owned by any other publicly owned entity.

KENYON & KENYON LLP

Dated: April 10, 2008    By _____
Michelle Mancino Marsh (MM 1494)
Mimi K. Rupp (MR 0007)
One Broadway
New York, New York 10004
Tel.: (212) 425-7000
Attorneys for Plaintiff
Roochi Traders Incorporated