## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROOCHI TRADERS INCORPORATED, <br><br> *Plaintiff,* <br><br> -against- <br><br> TIP TOP TEES INC., GLAMOUR LINE INC., GLAMOUR (USA), INC., ALPHA MERCHANDISING CORP., ROSE DEAL, INC., HARYASH PAUL, MOHAMMED RAHMAN, MOHAMMED FAROQUE, JOHN DOES 1-10, JANE DOES 1-10, and XYZ COMPANIES 1-10, <br><br> *Defendants.* | CIVIL ACTION NO. <br><br><br> [FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116] |

## DECLARATION OF MIGUEL SAMPAIO

I, Mr. Sampaio, hereby declare as follows:

1.      I am an employee of Trademark Associates of NY, Ltd. ("TANY"), located at 61 Broadway, 18th Floor, New York, New York 10006. I have been employed by TANY since 2005. I have overseen, conducted and/or participated in approximately 250 trademark investigation involving counterfeit and/or infringing goods, as well as diverted (or "gray market" goods). I am familiar with investigations regarding counterfeit apparel, including t-shirts, and the New York City garment industry.

2.       TANY was recently retained by Kenyon & Kenyon LLP to investigate Haryash Paul, the owner of Tip Top Tees, Inc. ("Tip Top Tees"), which is located at 10 West 28th Street, 2nd Floor, New York, New York 10001, to determine if Tip Top Tees imported, sold, offered to sell or was selling counterfeit COTTON HERITAGE t-shirts (the "Counterfeit Products").

3.       I submit this declaration in support of Plaintiff's Motion for an Order to Show Cause for a (1) Temporary Restraining Order, (2) Preliminary Injunction, (3) Seizure Order, (4) Asset Restraining Order and (5) Order for Expedited Discovery. The facts stated herein are based on my personal knowledge, review of public records, and/or facts told to me that I believe to be true. If called to testify regarding same, I could do so competently. I have personal knowledge of the investigation of the Counterfeit Products, Mr. Paul, Tip Top Tees and its related entities. According to my investigation, Mr. Paul has used the following addresses as residences: 50-11 38th Street, 3rd Floor, Long Island City, New York 11001; 17 Westmoreland Road, Hicksville, New York 11801; and 1220 Broadway, Room 402, New York, New York 10001. Mr. Paul owns, controls and operates a number of companies in addition to Tip Top Tees:

| | |
|---|---|
| **Glamour Line, Inc. ("Glamour Line")** | 1220 Broadway<br>Room 402<br>New York, New York 10001<br><br>108-46 63 rd Avenue<br>Forest Hills, New York 11375 |
| **Glamour (USA), Inc. ("Glamour USA")** | 1220 Broadway |

2

| | Room 402<br>New York, New York 10001 |
|---|---|
| **Alpha Merchandising Corp. ("Alpha Corp.")** | 10 West 28 th Street<br>New York, New York 10001<br><br>303 Fifth Avenue, No. 1608<br>New York, New York 10016 |

True and correct copies of print-outs from New York State's Division of Corporate Records for the above-referenced entities are attached hereto as Exhibit A.

      4.      On or about March 26, 2008, I contacted Mr. Paul to purchase t-shirts from Tip Top Tees. On or about March 27, 2008, I went to Tip Top Tees to buy t-shirts at 10 West 28th Street. I did not see any Counterfeit Products at that location. I then went to Mr. Paul's other location at 1220 Broadway where I was greeted by Mr. Paul. Mr. Paul informed me that he sells t-shirts at wholesale prices and has three locations in Manhattan. Mr. Paul said that he supplies nearly all of the stores in the Garment District selling t-shirts. Mr. Paul mentioned that he gets his merchandise directly from overseas and gets containers delivered. I placed an order for t-shirts with Mr. Paul. Once Mr. Paul realized he did not have the sizes that I requested, he directed me to the 10 West 28th Street location, specifically the 2nd Floor to speak to a male employee named "Rubin". While Rubin was speaking to a delivery man, I spotted a stack of white t-shirts with "COTTON HERITAGE" labels. I asked to buy these shirts but Rubin would not sell them as they were "dirty". I informed Rubin that I would be back the following day (Friday, March 28, 2008) to pick up the t-shirts that I needed. Mr. Paul has been increasingly evasive and guarded about the "COTTON HERITAGE" t-shirts. Mr. Paul claimed

3

that the "COTTON HERITAGE" t-shirts were causing him trouble. I continue to try to set up fulfillment of a sizeable purchase of the Counterfeit Products as this may be the only means to locate the bulk of the Counterfeit Products.

5.    TANY conducted an investigation of Rose Deal, Inc. ("Rose Deal"), a New York corporation, located at 3302 Broadway, Astoria, New York 11106, since Kenyon & Kenyon LLP provide us with photographs showing that "ROSE DEAL" was listed on the boxes containing the Counterfeit Products. Based on Mr. Ward's investigation of Rose Deal, it appeared that Rose Deal was involved in the operations to import, distribute and/or sell the Counterfeit Products. Accordingly, I am currently trying to establish a relationship with Rose Deal to order the Counterfeit Products. Based on our investigation, a "Mohammed Faroque" is linked to Rose Deal. Mr. Faroque's defunct corporation, Sonargapon Enterprises Corp., shares the same address as Rose Deal (e.g., 3302 Broadway, Astoria, NY 11106). Based on information provided to me by Kenyon & Kenyon LLP and my investigation, it appears that Rose Deal is also located at 34 Giles Avenue, Jersey City, New Jersey 07306. Due to the extremely guarded nature of Mohammed, I cannot determine if Rose Deal will sell Counterfeit Products to me.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

4

Executed on this ___7th___ day of April.

Miguel Sampaio

5

# EXHIBIT A

# NYS Department of State

## Division of Corporations

## Entity Information

_____

Selected Entity Name: TIP TOP TEES INC.

Selected Entity Status Information

**Current Entity Name:** TIP TOP TEES INC.
**Initial DOS Filing Date:** FEBRUARY 05, 2007
**County:** NASSAU
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
RAJEEV KAUL CPA PC
303 FIFTH AVE. # 1608
NEW YORK, NEW YORK, 10016
**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results                         New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

## Entity Information

Selected Entity Name: GLAMOUR LINE INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | GLAMOUR LINE INC. |
| **Initial DOS Filing Date:** | SEPTEMBER 25, 1998 |
| **County:** | QUEENS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

GLAMOUR LINE INC.
108-46 63RD AVENUE
FOREST HILLS, NEW YORK, 11375

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results                         New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

## Entity Information

Selected Entity Name: GLAMOUR (USA), INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | GLAMOUR (USA), INC. |
| **Initial DOS Filing Date:** | OCTOBER 24, 1995 |
| **County:** | QUEENS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

C/O DALJIT SINGH
80-15 41ST AVENUE, APT. 502
ELMHURST, NEW YORK, 11373-1259

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results                    New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: ALPHA MERCHANDISING CORP.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | ALPHA MERCHANDISING CORP. |
| **Initial DOS Filing Date:** | JANUARY 18, 2006 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

RAJEEV KAUL
303 FIFTH AVE #1608
NEW YORK, NEW YORK, 10016

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results                    New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page