AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

ROOCHI TRADERS INCORPORATED,

*Plaintiff,*

-against-

TIP TOP TEES INC., GLAMOUR LINE INC.,
GLAMOUR (USA), INC., ALPHA
MERCHANDISING CORP., ROSE DEAL,
INC., HARYASH PAUL, MOHAMMED
RAHMAN, MOHAMMED FAROQUE, JOHN
DOES 1-10, JANE DOES 1-10, and XYZ
COMPANIES 1-10,

*Defendants.*

**APPEARANCE**

Case Number:  08-cv-3544

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Roochi Traders Incorporated.

I certify that I am admitted to practice in this court.

| 4/30/2008 | | |
|---|---|---|
| Date | Signature | |
| | Mimi K. Rupp | MR-0007 |
| | Print Name | Bar Number |
| | Kenyon & Kenyon LLP, One Broadway | |
| | Address | |
| | New York | NY | 10004 |
| | City | State | Zip Code |
| | (212) 425-7200 | (212) 425-5288 |
| | Phone Number | Fax Number |