UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RODGHI TRADERS INCORPORATED,

　　　　　　　Plaintiff,

　　　-against-

TIP TOP TEES INC., GLAMOUR LINE INC.,
GLAMOUR (USA), INC., ALOHA
MERCHANDISING CORP., ROSE DEAL,
INC., HARYASH PAUL, MOHAMMED
RAHMAN, MOHAMMED FAROOQE, JOHN
DOES 1-10, JANE DOES 1-10, and XYZ
COMPANIES 1-10,

　　　　　　　Defendants.

------------------------------------------------------------x

08　CIVIL　3544　(WHP)

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Mimi K. Rupp

☒　*Attorney*

　　☒　I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
　　　　MR-0007

　　☐　I am a Pro Hac Vice attorney

　　☐　I am a Government Agency attorney

☐　*Law Firm/Government Agency Association*

　　From: King & Spaulding LLP

　　To: Kenyon & Kenyon LLP

　　☒　I will continue to be counsel of record on the above-entitled case at my new firm/agency.

　　☐　I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐　*Address:*　One Broadway, New York, NY  10004

☐　*Telephone Number:*　212-425-7200

☐　*Fax Number:*　212-425-5288

☐　*E-Mail Address:*　mrupp@kenyon.com

Dated: 5/2/08

## CERTIFICATE OF SERVICE

     I, Phillip K. Lum, do hereby certify that I caused a true and correct copy of the Notice of Change of Address to be served on defendants as follows:

**By ECF and First Class Mail**

James Montgomery, Esq.
Jason Baxter, Esq.
267 Fifth Avenue, Suite 601
New York, NY  10016
Fax:  212-889-9818

Attorney for defendants Tip Top Tees, Alpha Merchandising, Glamour Line, Inc., and Haryash Paul

| **By First Class Mail** | **BY First Class Mail** |
|---|---|
| ROSE DEAL INC<br>c/o Ashoky Varshney<br>50 W 34th Street #17C8<br>New York, New York 10001<br>Fax:  646-365-3050 | Mohammed Faroque<br>34 Giles Ave<br>Jersey City NJ 07306-6428 |

Dated:    May 2, 2008        By:    s/Phillip K. Lum
                                                  Phillip K. Lum