AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# Judge P𝔘nited States District Court

**SOUTHERN** _____ **DISTRICT OF** _____ **NEW YORK**

ROOCHI TRADERS INCORPORATED,

                    Plaintiff,

          **V.**

TIP TOP TEES INC., GLAMOUR LINE INC.,
GLAMOUR (USA), INC., ALPHA MERCHANDISING
CORP., ROSE DEAL, INC., HARYASH PAUL,
MOHAMMED RAHMAN, MOHAMMED FAROQUE,
JOHN DOES 1-10, JANE DOES 1-10, and XYZ
COMPANIES 1-10,

                    Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

08 CV 3544

TO: (Name and address of defendant)

    Mohammed Faroque
    3302 Broadway
    Astoria, NY 11106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Mimi Rupp
    Kenyon & Kenyon LLP
    One Broadway
    New York, NY 10004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_____
(BY) DEPUTY CLERK

APR 1 1 2008

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served: _____
_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐    Returned unexecuted: _____
_____
_____
_____

☐    Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                                 Signature of Server

                                               _____
                                               Address of Server

(1)     As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
2008042411024
```

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | **SUMMONS IN A CIVIL CASE, COMPLAINT, ORDER, EXHIBITS, PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT, MEMORANDUM OF LAW** |
|---|---|
| EFFECTED (1) BY ME: | **WILLIAM SANCHEZ** |
| TITLE: | **PROCESS SERVER**                                DATE: 04/27/2008  07:16AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

MOHAMMED FAROQUE _____

Place where served:

34 GILES AVE.  JERSEY CITY NJ 07305 _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MOHAMMED FAROQUE _____

Relationship to defendant: SELF _____

Description of person accepting service:

SEX: M    AGE: 36-50    HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: BROWN    HAIR: BLACK    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

DEFENDANT CLAIMED NOT TO HAVE ANY FORM OF I.D.

**STATEMENT OF SERVER**

| TRAVEL $ _____.____ | SERVICES $ _____.____ | TOTAL $ _____.____ |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04 /28/ 20 08

_____ L.S.
SIGNATURE OF WILLIAM SANCHEZ
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

04/28/08

J. Svllez

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| ATTORNEY: | MICHELLE MANCINO MARSH, ESQ. |
|---|---|
| PLAINTIFF: | ROOCHI TRADERS INCORPORATED |
| DEFENDANT: | TIP TOP TEES, INC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 08 CV 3544 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

R R