UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ROOCHI TRADERS INCORPORATED,

        Plaintiff,

  -against-                                CIVIL ACTION NO.
                                                08-cv-3544 (WHP)

TIP TOP TEES INC., GLAMOUR LINE INC.,
GLAMOUR (USA), INC., ALPHA
MERCHANDISING CORP., ROSE DEAL,
INC., HARYASH PAUL, MOHAMMED
RAHMAN, MOHAMMED FAROQUE,
JOHN DOES 1-10, JANE DOES 1-10, &
XYZ COMPANIES,

        Defendants.

-----------------------------------------------------------------X

## **DECLARATION OF HARYASH PAUL**

    I, Haryash Paul, hereby declare as follows:

1.    I am Defendant Haryash Paul in the above-captioned matter and President of Defendants Tip Top Tees Inc., Alpha Merchandising Corp., and Glamour Line Inc. I am making this further declaration in response to the declaration of Sajid Ali, served May 2nd and in opposition to the Plaintiff's motion for an Order to Show Cause for a Preliminary Injunction. I declare under penalty of perjury that the facts stated herein are based on my personal knowledge, review of my file or facts related to me which I believe to be true. If called upon to testify regarding the same I could do so competently.

2.    I have worked in the garment business all my life and am fully familiar with the various

documents one encounters in the trade and their terms and conditions.

3.      Sajid Ali's delaration of May 2 produces Exhibit 1, a purchase order. The words on the purchase order "Cancel: 05/05/07" do not mean that the order was actually cancelled on that date. This is the earliest date on which the order could be cancelled if the goods were not ready to be shipped.  The purchase order states that it was issued on "12/11/06" and also includes the words "Ex Factory: 05/05/07". "Ex Factory" means the latest date by which the manufactured goods are to leave the factory and be shipped by the Plaintiff's agent, A.S. Apparel to Plaintiff. The words "Cancel: 05/05/07" means that if the goods do not leave the factory and are shipped on that date (05/05/07) then the buyer has the _right_ to cancel, subject to anything contained in the section marked "comments".

Executed on this 5th day of May 2008

_____
HARYASH PAUL