IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ROOCHI TRADERS INCORPORATED,

    *Plaintiff*,

-against-

TIP TOP TEES INC., GLAMOUR LINE INC., GLAMOUR (USA), INC., ALPHA MERCHANDISING CORP., ROSE DEAL, INC., HARYASH PAUL, MOHAMMED RAHMAN, MOHAMMED FAROQUE, JOHN DOES 1-10, JANE DOES 1-10, and XYZ COMPANIES 1-10,

    *Defendants*.

Case No. 08-CIV-03544 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2008

## CORRECTED NOTICE OF DISMISSAL

Plaintiff Roochi Traders Incorporated, hereby dismisses Defendant Glamour (USA), Inc. from this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 23, 2008

By: _____
Michelle Mancino Marsh (MM1494)
Mimi K. Rupp (MR0007)

KENYON & KENYON LLP
One Broadway
New York, New York 10004
Tel:  (212) 425-7200
Fax:  (212) 425-5288

*Attorneys for Plaintiff
Roochi Traders Incorporated*

William H. Pauley III
5/1/2008

## CERTIFICATE OF SERVICE

I, Phillip K. Lum, do hereby certify that I caused a true and correct copy of the foregoing to be served on defendants as follows:

### BY PREPAID FIRST CLASS UNITED STATES MAIL

James Montgomery, Esq.
267 Fifth Avenue, Suite 601
New York, NY 10016
(212) 889-9828

Attorney for Defendants Tip Top Tees, Inc., Alpha Merchandising Corp., Haryash Paul, and Glamour Line, Inc.

Glamour (USA) Inc.
1220 Broadway, Room 402
New York, NY 10001

ROSE DEAL INC
C/O Ashoky Varshney
50 W 34th Street #17C8
New York, New York 10001

Mohammed Rahman
ROSE DEAL INC
C/O Ashoky Varshney
50 W 34th Street #17C8
New York, New York 10001

Mohammed Farouque
ROSE DEAL INC
C/O Ashoky Varshney
50 W 34th Street #17C8
New York, New York 10001

Dated:   April 23, 2008

By: _____
Phillip K. Lum