UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
ROOCHI TRADERS INC.,
                                            :
               Plaintiff,          :       08 Civ. 3544 (WHP)

               -against-          :       SCHEDULING ORDER
                                            :
TIP TOP TEES, INC. et al.,
                                            :
               Defendants.
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a May 7, 2008 conference, the following is established on consent:

> (1) The time for Defendants Tip Top Tees, Inc., Glamour Line, Inc., Alpha Merchandising Corp., and Haryash Paul to answer or otherwise respond to the complaint is extended until May 9, 2008;
>
> (2) All discovery shall be completed by June 6, 2008; and
>
> (3) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by June 16, 2008.

Dated: May 7, 2008
      New York, New York

                               SO ORDERED:

                               _____
                               WILLIAM H. PAULEY III
                               U.S.D.J.

*Counsel of record:*

Michelle Mancino Marsh, Esq.
Mimi Kristin Rupp, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050
*Counsel for Plaintiff*

James Ardran Montgomery, Esq.
Jason Baxter, Esq.
Law Off. of James Montgomery
267 Fifth Avenue, Suite 601
New York, NY 10016
*Counsel for Defendants Tip Top Tees, Inc.,
Glamour Line, Inc., Alpha Merchandising Corp.,
and Haryash Paul*