

**KENYON & KENYON LLP**
Intellectual Property Law

Michelle Mancino Marsh
Direct 212.908.6180
mmarsh@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

May 14, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2008
```

**VIA FACSIMILE**
**CONFIRMATION WITH ENCLOSURE BY HAND**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007
Courtroom: 11D

Re:  *Roochi Traders, Inc. v. Tip Top Tees, Inc. et al.*
     Case No. 08-cv-3554 (WHP)

Dear Judge Pauley:

   We represent Roochi Traders, Inc. in the above referenced action. We write to request a slight modification to the Court's May 12, 2008 Order regarding the release of a JP Morgan Chase Bank account in the name of Defendant Tip Top Tees, Inc.

   Counsel for the Paul Defendants communicated to us verbally on May 12, 2008 that the Habib Account held only approximately $275.00. We did not receive a notarized statement of account as ordered. Your Honor had requested that the Habib Account remain restrained because the Court did not "want to learn later that there was a very substantial sum of money on deposit at Habib that has since disappeared that could otherwise have been used in the event the plaintiff is successful." (Attachment 1, Transcript 7:22-25, May 7, 2008.) Thus, it appears that the only account with any funds that could possibly be used to satisfy a judgment are contained in one of the JP Morgan Chase Accounts set to be released, namely Account No. 738892215 in the name of Tip Top Tees, Inc. (the " Tip Top Tees Account") which contains $6,667.94. Accordingly, Plaintiff's respectfully requests that the Tip Top Tees Account remain restrained in the place and stead of the Habib Account pending trial, and that the May 12, 2008 Order be so modified.

*Application denied.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5/14/2008

New York   Washington, DC   Silicon Valley   www.kenyon.com

Hon. William H. Pauley III
May 14, 2008
Page 2



Thank you for your consideration.

Very truly yours,

Michelle Mancino Marsh

cc: James A. Montgomery, Esq., for the Paul Defendants
Rose Deal, Inc.
Mohammed Faroque
Mohammed Rahman