



Michelle Mancino Marsh
Direct 212.908.6180
mmarsh@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

May 28, 2008

**BY FACSIMILE**



Honorable William H. Pauley III
United States District Judge
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, New York 10007

    Re:    *Roochi Traders Incorporated v. Tip Top Tees Inc. et al.*
             Civil Action No. 08-CV-3544 (WHP)

Dear Judge Pauley:

    We represent Plaintiff Roochi Traders Incorporated ("Plaintiff") in the above referenced action. We write jointly with Defendants Tip Top Tees Inc., Glamour Line Inc., Alpha Merchandising Corp. and Haryash Paul (the "Paul Defendants"), to request a short stay of the case while the parties negotiate and memorialize a settlement, the principal terms of which have been reached today.

    The end of discovery is presently set for June 6, 2008, and Plaintiff and the Paul Defendants have outstanding requests. We respectfully request that the Court stay discovery until June 17, 2008. At that time, the parties will communicate to the Court if settlement has been reached. If settlement has not been reached by that date, we propose that June 30, 2008 be set as the new date for the close of discovery, with pre-trial reports due July 7, 2008. We believe that this timeline is in keeping with Your Honor's belief that this case should be promptly resolved, while giving the parties the cease fire they need to try to reach an amicable settlement.

    Please contact us if the Court has any questions. Thank you for your consideration.

                                  Respectfully submitted,

                                  Michelle Mancino Marsh

cc:    James Montgomery, Esq.

*Application granted.*
SO ORDERED:

_____
                  U.S.D.J.
5/28/2008

New York    Washington, DC    Silicon Valley    www.kenyon.com

TOTAL P.002