UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROOCHI TRADERS INCORPORATED,

        *Plaintiff,*

   -against-

TIP TOP TEES INC., GLAMOUR LINE INC., ALPHA MERCHANDISING CORP., ROSE DEAL, INC., HARYASH PAUL, MOHAMMED RAHMAN, MOHAMMED FAROQUE, JOHN DOES 1-10, JANE DOES 1-10, and XYZ COMPANIES 1-10,

        *Defendants.*

CIVIL ACTION NO. 08-cv-3544 (WHP)

STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/2008

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO** by and between the

parties, that the time in which Plaintiff ROOCHI TRADERS INCORPORATED must move, answer or

otherwise plead in response to the Counterclaims filed by Defendants TIP TOP TEES INC.,

GLAMOUR LINE INC., ALPHA MERCHANDISING CORP., and HARYASH PAUL in this action is

extended from May 29, 2008 to and including June 12, 2008.

       There are no prior requests for extensions by the parties.

SO ORDERED.

WILLIAM H. PAULEY III U.S.D.J.

6/12/2008

Dated: May 29, 2008

SO STIPULATED AND AGREED:

By: _____

Michelle Mancino Marsh (MM 1494)
Mimi K. Rupp (MR 0007)

KENYON & KENYON LLP
One Broadway
New York, New York 10004
Tel.: (212) 425-7000

Attorneys for Plaintiff

Roochi Traders Incorporated

By: _____

James Montgomery (JM0533)

267 Fifth Avenue, Suite 601
New York, New York 10016
Tel.: (212) 889-9828

Attorney for Defendants

Tip Top Tees Inc., Alpha Merchandising Corp.,
Glamour Line Inc. and Haryash Paul

- 2 -