## CERTIFICATE OF SERVICE

I, Phillip K. Lum, do hereby certify that I caused a true and correct copy of the following: Notice of Motion For Default Judgment and Motion for Default with exhibits attached, to be served on defendants as follows:

**By Facsimile and First Class Mail**

ROSE DEAL INC
c/o Ashoky Varshney
50 W 34th Street #17C8
New York, New York 10001
Fax: 646-365-3050

**By First Class Mail Prepaid**

James Montgomery, Esq.
Jason Baxter, Esq.
267 Fifth Avenue, Suite 601
New York, NY 10016
Fax: 212-889-9818

Attorney for defendants Tip Top Tees, Alpha Merchandising, Glamour Line, Inc., and Haryash Paul

**By U.S First Class Mail Prepaid**

Mohammed Faroque
34 Giles Ave
Jersey City NJ 07306-6428

Dated:  June 26, 2008          By:  s/Phillip K. Lum
                                    Phillip K. Lum