USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 7/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------X

ROOCHI TRADERS INCORPORATED,

Plaintiff,

-against-

TIP TOP TEES, INC., et al.,

Defendants.

----------------------------------------------------X

**SCHEDULING ORDER**

08 Civ. 3544 (WHP) (FM)

1. On July 10, 2008, Judge William H. Pauley referred this case to me so that an inquest may be held.

2. I direct plaintiff to send to me and serve on the defendants an inquest memorandum, accompanied by supporting affidavits and exhibits, setting forth its proof of damages, including the costs of this action, and, if applicable, its attorney's fees, and proposed findings of fact and conclusions of law on or before September 26, 2008.

3. I direct the defendants to send me any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law (and to serve same upon plaintiff) on or before October 10, 2008. In these papers defendants must state (a) whether a hearing is requested for the purpose of cross-examining plaintiff's affiants, and (b) whether a hearing is requested for the purpose of calling witnesses and, if so, the name and address of each witness.

4. If a hearing is requested by any party, a date for the hearing shall be fixed by the Court and provided to the parties.

5. Any request for an adjournment must be made in writing at least 48 hours prior to the scheduled date. Telephone requests for adjournments are not entertained.

6.  If no request for a hearing is made by any party prior to September 26, 2008, then I shall make my decision solely on the basis of the memoranda and affidavits without oral argument.

SO ORDERED:

Dated: New York, New York
July 22, 2008

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable William H. Pauley
United States District Judge

Michelle M. Marsh, Esq.
Kenyon & Kenyon
One Broadway
New York, New York  10004
Via Facsimile @(212) 425-5288

Rose Deal, Inc.
33-02 Broadway
Astoria, New York  11106
Via Certified U.S. Mail

Mohammed Faroque
33-02 Broadway
Astoria, New York  11106
Via Certified U.S. Mail